**B1 (Official Form 1) (4/13)**

| United States Bankruptcy Court<br>SOUTHERN DISTRICT OF FLORIDA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Carter Tree Farm, LLC,*<br>*Limited Liability Company* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *200235114* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*1375 W Canal St N*<br>*Belle Glade, FL*   ZIPCODE *33430* | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: *Palm Beach* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*PO Box 1985*<br>*Belle Glade, FL*   ZIPCODE *33430* | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* | ZIPCODE |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [x] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  *Tree Farm & Electrical Contrac*

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
Check one box:
- [x] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/13) | FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Carter Tree Farm, LLC,*<br>*Limited Liability Company* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☒ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____  *02/12/2015*<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (4/13) | FORM B1, Page 3 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Carter Tree Farm, LLC, Limited Liability Company* |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b) I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** _____ Signature of Debtor **X** _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed name of Foreign Representative) _____ (Date) |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** */s/ Norman L. Schroeder, II* Signature of Attorney for Debtor(s) *Norman L. Schroeder, II 254045* Printed Name of Attorney for Debtor(s) *Norman L. Schroeder, II PA* Firm Name *6803 Lake Worth Rd* Address *Suite 306* *Lake Worth, FL  33467* *561-642-8884* Telephone Number *02/12/2015* Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** */s/ Clyde R. Carter, Sr.* Signature of Authorized Individual *Clyde R. Carter, Sr.* Printed Name of Authorized Individual *Managing Member* Title of Authorized Individual *02/12/2015* Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# SOUTHERN DIVISION

In re *Carter Tree Farm, LLC,*
*Limited Liability Company*

Case No.
Chapter **11**

_____ / Debtor

## Exhibit "A" to Voluntary Petition

(If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.)

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                    $     **675,000.00**
   b. Total debts (including debts listed in 2.c., below)  $     **669,589.23**

   c. Debt securities held by more than 500 holders.

   | Debt Issue | Type | Total $ Amount Outstanding | Approximate Number of Holders |
   |---|---|---|---|
   |  |  | $ |  |
   |  |  | $ |  |
   |  |  | $ |  |
   |  |  | $ |  |
   |  |  | $ |  |

   d. Number of shares of preferred stock        **NONE**     **NONE**
   e. Number of shares of common stock           **NONE**     **NONE**

   Comments, if any:
   **NONE**

3. Brief description of debtor's business:
   **Tree Farm and Electrical Contracting**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:
   **Clyde R. Carter Sr**
   **Herbert W. Carter (Deceased)**
   **Diane D Carter**
   **Jonathan K. Carter**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# SOUTHERN DIVISION

In re  *Carter Tree Farm, LLC*  
　　　*Limited Liability Company*  
　　　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)

Case No.  
Chapter  *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Internal Revenue Service*<br><br>*POB 7346*<br>*Philadelphia PA   19101-7346* | Phone:<br>*Internal Revenue Service*<br>*CIO - Bankruptcy Unit*<br>*POB 7346*<br>*Philadelphia PA   19101-7346* | *Federal Tax Liens* | Value:<br>Net Unsecured: | $ *110,000.00*<br><br>$ *0.00*<br>$ *110,000.00* |
| 2<br>*Hugh H Branch LLC*<br>*300 N US 27*<br>*South Bay FL 33493* | Phone:<br>*Hugh H Branch LLC*<br>*300 N US 27*<br>*South Bay FL 33493* | *Vendor* | | $ *40,550.00* |
| 3<br>*SK Services*<br>*POB 1423*<br>*Okeechobee FL 34973* | Phone:<br>*SK Services*<br>*POB 1423*<br>*Okeechobee FL 34973* | *Vendor* | | $ *15,830.00* |
| 4<br>*BEIC*<br>*POB 32034*<br>*Lakeland FL 33802* | Phone:<br>*BEIC*<br>*POB 32034*<br>*Lakeland FL 33802* | *Business Expense* | | $ *4,748.00* |
| 5<br>*Chase*<br>*Po Box 15123*<br>*Wilmington DE 19850-5123* | Phone:<br>*Chase*<br>*Po Box 15123*<br>*Wilmington DE 19850-5123* | *Credit Card* | | $ *2,859.00* |

, 
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Capital One<br><br>Salt Lake City UT   84130 | Phone:<br>Capital One<br>POB 30281<br><br>Salt Lake City UT   84130 | Credit Card | | $ 1,903.00 |
| 7<br>Star Farms Corp<br>POB 100<br>Belle Glade FL 33430 | Phone:<br>Star Farms Corp<br>POB 100<br>Belle Glade FL 33430 | Vendor | | $ 860.00 |
| 8<br>CNH Capital<br>233 Lake Ave<br>Racine WI 53403 | Phone:<br>CNH Capital<br>233 Lake Ave<br>Racine WI 53403 | Credit Line | | $ 506.00 |
| 9<br>Wholesale Industrial Tape<br>POB 7840<br>Riverside CA 92509-7840 | Phone:<br>Wholesale Industrial Tape<br>POB 7840<br>Riverside CA 92509-7840 | Vendor | | $ 430.00 |
| 10<br>Wantman Group Inc<br>2035 Vista Parkway<br>West Palm Beach FL 33411 | Phone:<br>Wantman Group Inc<br>2035 Vista Parkway<br>West Palm Beach FL 33411 | Vendor | | $ 300.00 |
| 11<br>Lake Welding Supplies Inc<br>1415 West Avenue A<br>Belle Glade FL 33430 | Phone:<br>Lake Welding Supplies Inc<br>1415 West Avenue A<br>Belle Glade FL 33430 | Vendor | | $ 87.48 |

_____ ,
               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A Limited Liability Company

I, *Clyde R. Carter, Sr.*, *Managing Member* of the *Limited Liability Company* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *2/12/2015*    Signature */s/ Clyde R. Carter, Sr.*
              Name: *Clyde R. Carter, Sr.*
              Title: *Managing Member*

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# SOUTHERN DIVISION

In re  *Carter Tree Farm, LLC*  Case No.

Chapter: *11*

_____/Debtor(s)

Attorney For Debtor: *Norman L. Schroeder, II*

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 1 | *BEIC*<br>*POB 32034*<br>*Lakeland, FL   33802* | *Business Expense* | | *$ 4,748.00* |
| 2 | *Capital One*<br>*POB 30281*<br>*Salt Lake City, UT   84130* | *Credit Card* | | *$ 1,903.00* |
| 3 | *Centerstate Bank of Florida*<br>*205 South W C Owen Avenue*<br>*417 W Sugarland Hwy*<br>*Clewiston, FL   33440* | *Final Judgment of Foreclosure*<br>*Tree Farm & Building* | | *$ 491,515.75* |
| 4 | *Chase*<br>*Po Box 15123*<br>*Wilmington, DE   19850-5123* | *Credit Card* | | *$ 2,859.00* |
| 5 | *CNH Capital*<br>*233 Lake Ave*<br>*Racine, WI   53403* | *Credit Line* | | *$ 506.00* |
| 6 | *Hugh H Branch LLC*<br>*300 N US 27*<br>*South Bay, FL   33493* | *Vendor* | | *$ 40,550.00* |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 7 | Internal Revenue Service<br>CIO - Bankruptcy Unit<br>POB 7346<br>Philadelphia, PA  19101-7346 | Federal Tax Liens | | $ 110,000.00 |
| 8 | Lake Welding Supplies Inc<br>1415 West Avenue A<br>Belle Glade, FL  33430 | Vendor | | $ 87.48 |
| 9 | SK Services<br>POB 1423<br>Okeechobee, FL  34973 | Vendor | | $ 15,830.00 |
| 10 | Star Farms Corp<br>POB 100<br>Belle Glade, FL  33430 | Vendor | | $ 860.00 |
| 11 | Wantman Group Inc<br>2035 Vista Parkway<br>West Palm Beach, FL  33411 | Vendor | | $ 300.00 |
| 12 | Wholesale Industrial Tape<br>POB 7840<br>Riverside, CA  92509-7840 | Vendor | | $ 430.00 |
| | | | | |
| | | | | |

Creditor List--Page   2   of   2

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# SOUTHERN DIVISION

In re *Carter Tree Farm, LLC,*                                       Case No.
   *Limited Liability Company*                      Chapter *11*

_____ / Debtor

Attorney for Debtor:   *Norman L. Schroeder, II*

## **VERIFICATION OF CREDITOR MATRIX**

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *02/12/2015*                                           */s/ Clyde R. Carter, Sr.*
                                                                              Debtor